AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED  
SEP -9 2014  
CLERK, U.S. DISTRICT COURT  
NORFOLK, VA

| | |
|---|---|
| United States of America | |
| v. | Case No: 2:96cr182 |
| Kenyon Raheen Gadsden | USM No: 27821-083 |
| Date of Original Judgment: July 7, 1997 | |
| Date of Previous Amended Judgment: | Duncan R. St.Clair, III |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    7/7/1997    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9-9-14

/s/ Rebecca Beach Smith  
Chief United States District Judge  
*Judge's signature*

Effective Date: _____  
*(if different from order date)*

Rebecca Beach Smith, Chief United States District Judge  
*Printed name and title*